<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware

Case number (*If known*): _____ Chapter <u>11</u>

</td></tr>
</table>

☐ Check if this is an
amended filing

<u>Official Form 201</u>

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | TerraVia Holdings, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Solazyme, Inc. |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 33-1077078 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 225 Gateway Boulevard | |
| Number       Street | Number       Street |
| South San Francisco, California 94080 | |
| City            State    ZIP Code | City            State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| San Mateo | |
| County | Number       Street |
| | |
| | City            State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | www.terravia.com |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Debtor Name  TerraVia Holdings, Inc.                    Case number(*if known*)_____

| | |
|---|---|
| **7.  Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See www.uscourts.gov/four-digit-national-association-naics-codes.

3 1 1 9

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                   MM / DD / YYYY
          District _____  When _____  Case number _____
                                   MM / DD / YYYY

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  See attached Schedule 1                    Relationship _____
      District _____                    When _____
                                                     MM / DD / YYYY
      Case number, if known _____

Debtor  TerraVia Holdings, Inc.                    Case number (*if known*)_____
_____Name_____

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** |
|---|---|

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention? (Check all that apply.)**

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard?_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number      Street

                          _____

                          _____
                          City                          State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

       Contact _____

       Phone _____

---

| | **Statistical and administrative information** |
|---|---|

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. | **Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | **Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor <u>TerraVia Holdings, Inc.</u>
Name

Case number (*if known*)_____

| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>08/02/2017</u>
MM / DD / YYYY

✘ <u>/s/ Apurva S. Mody</u>
Signature of authorized representative of debtor

<u>Apurva S. Mody</u>
Printed name

Title <u>Chief Executive Officer</u>

| 18. | **Signature of attorney** | ✘ <u>/s/ Mark D. Collins</u> | Date <u>08/02/2017</u> |
|---|---|---|---|
| | | Signature of attorney for debtor | MM / DD / YYYY |

<u>Mark D. Collins</u>
Printed name

<u>Richards, Layton & Finger, P.A.</u>
Firm name

<u>One Rodney Square, 920 North King Street</u>
Number        Street

<u>Wilmington</u>                           <u>Delaware</u>        <u>19801</u>
City                                              State            ZIP Code

<u>(302) 651-7700</u>                        <u>collins@rlf.com</u>
Contact phone                              Email address

<u>2981</u>                                      <u>Delaware</u>
Bar number                                  State

**Attachment to Voluntary Petition for Non-Individuals Filing for**
**Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 1-35189.

2. The following financial data is the latest available information and refers to the debtor's condition on March 31, 2017.

| | | |
|---|---|---|
| a. Total assets | $ | 118,383,000 |
| b. Total debts (including debts listed in 2.c., below) | $ | 184,081,000 |

c. Debt securities held by more than 500 holders

Approximate number of holders:

| | | | | |
|---|---|---|---|---|
| secured ☐ | unsecured ☒ | subordinated ☐ | $ | 33,475,000 |
| secured ☐ | unsecured ☒ | subordinated ☐ | $ | 144,200,000 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | |

| | |
|---|---|
| d. Number of shares of preferred stock | 12,000 |
| e. Number of shares common stock | 108,304,526 |

Comments, if any:

3. Brief description of debtor's business:    TerraVia is a food, nutrition and specialty ingredients company that produces high-value oils, specialty fats and powdered ingredients from algae by utilizing its leading microalgae-based innovation platform.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

PRIMECAP Management Company, 177 E. Colorado Blvd, 11th Floor, Pasadena CA 91105:  11.7% of the common stock

Morgan Stanley Smith Barney LLC, 1585 Broadway, New York, NY 10036:  7.3% of the common stock

Acre Venture Partners LP, 566 Stassi Lane, Santa Monica, CA 90402:  18.7% of the series A preferred stock

VMG Partners III, LP, VMG Partners Mentors Circle III, LP, 39 Mesa Street, Suite 310, San Francisco, CA 94129:  11.2% of the series A preferred stock

**SCHEDULE 1**

**PENDING OR CONCURRENT BANKRUPTCY CASES FILED BY AFFILIATES**

       On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**").  A motion will be filed with the Court requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. Additional information about the relationship between each entity is contained in the *Declaration of Tyler W. Painter in Support of Debtors' Chapter 11 Proceedings and First Day Pleadings* filed contemporaneously herewith.

| Entity Name | Relationship | District | Date | Case Number |
|---|---|---|---|---|
| Terravia Holdings, Inc. | Affiliate | District of Delaware | August 2, 2017 | Not Yet Assigned |
| Solazyme Brazil LLC | Affiliate | District of Delaware | August 2, 2017 | Not Yet Assigned |
| Solazyme Manufacturing 1, LLC | Affiliate | District of Delaware | August 2, 2017 | Not Yet Assigned |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| _____ | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **TERRAVIA HOLDINGS, INC.** | ) | Case No. 17-_____ (___) |
| | ) | |
| Debtors.[1] | ) | Joint Administration Requested |
| | ) | |
| _____ | ) | |

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor hereby certifies under penalty of perjury that the Creditor Address Mailing Matrix (list of creditors) containing the names and addresses of its creditors (the "**Matrix**") is true, correct and complete.

**TERRAVIA HOLDINGS, INC.**

Dated:    August 2, 2017
              Wilmington, Delaware

By:    /s/ Apurva S. Mody
          _____
          Apurva S. Mody
          Chief Executive Officer

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: TerraVia Holdings, Inc. (7078), Solazyme Brazil LLC (2839) and Solazyme Manufacturing 1, LLC (4172). The debtors' mailing address is 225 Gateway Boulevard, South San Francisco, CA 94080.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____

In re:                                                  )        Chapter 11
                                                        )
**TERRAVIA HOLDINGS, INC.**                             )        Case No. 17-_____ (___)
                                                        )
                    Debtors.[1]                         )        Joint Administration Requested
                                                        )
_____        )

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

The following is a list of creditors holding the 20 largest general unsecured claims against

Terravia Holdings, Inc. and its subsidiaries that have filed voluntary petitions for relief under title 11 of

the United States Code in the United States Bankruptcy Court for the District of Delaware on the date

hereof (collectively, the "**Debtors**"), on a consolidated basis.  This list has been prepared from the

Debtors' books and records.

This list is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy

Procedure for filing in the Debtors' chapter 11 cases.  The list does not include (a) persons who come

within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (b) secured creditors unless the value

of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest

general unsecured claims.

This list reflects the information existing and available as of August 2, 2017 (the "**Petition

Date**").  The Debtors reserve the right to amend this list based on information existing as of the Petition

Date.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows:  TerraVia Holdings, Inc. (7078), Solazyme Brazil LLC (2839) and Solazyme Manufacturing 1, LLC (4172).  The debtors' mailing address is 225 Gateway Boulevard, South San Francisco, CA 94080.

The information presented herein, including the Debtors' failure to list any claim as contingent, unliquidated or unknown, does not constitute an admission or waiver of the Debtors' right to contest the validity, priority or amount of any claim.

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware

Case number (*If known*):_____ Chapter 11_____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the Largest Unsecured Claims and Are Not Insiders                                  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully secured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1   GLAS TRUST COMPANY LLC 230 PARK AVENUE, SUITE 1000 NEW YORK, NY 10169 | ADAM BERMAN FAX:  212-202-6246 ADAM.BERMAN@ GLAS.AGENCY | 5.00% convertible senior subordinated notes due 2019 | | | | $144,200,000 |
| 2   WILMINGTON TRUST, N.A. 350 PARK AVENUE NEW YORK, NY 10022 | PETER FINKEL TEL:  612-217-5629 FAX:  612-217-5651 PFINKEL@ WILMINGTONTRUST. COM | 6.00% convertible senior subordinated notes due 2018 | | | | $33,475,000 |
| 3   R.C. BENSON & SONS, INC. 1959 LEGHORN ST, SUITE 1 MOUNTAIN VIEW CA 94043 | ROBERT BENSON 650-965-3430 BOB@RCBENSONSON S.COM | TRADE CLAIM | | | | $464,922.17 |
| 4   SAN MATEO COUNTY TAX COLLECTOR 555 COUNTY CENTER, 1ST FLOOR REDWOOD CITY CA 94063 | 650 363-4142 TAXMASTER@CO.SA NMATEO.CA.US | TAXES | | | | $92,265.66 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5    ACOSTA SALES MARKETING 6600 CORPORATE CENTER PARKWAY JACKSONVILLE FL 32216 | CHRIS MATHEWSON 904-296-4569 CMATHEWSON@ACOSTA.COM | TRADE CLAIM | | | | $66,500.00 |
| 6    DGA 550 ELLIS STREET MOUNTAIN VIEW CA 94043 | LIZ NOVI 650-943-1660 LNOVI@DGA-MV.COM | TRADE CLAIM | | | | $58,871.97 |
| 7    AMERICAN NATURAL PROCESSORS, INC. 600 STEVENS PORT DRIVE, SUITE 101 DAKOTA DUNES SD 57049 | DEB JESSE 605-242-6074 DEBJ@AMERICANNATURALSOY.COM | TRADE CLAIM | | | | $48,222.75 |
| 8    THERMO ELECTRON NORTH AMERICA LLC 770 NORTHPOINT PKWY #100 WEST PALM BEACH FL 33407 | MICHELLE.MARCOUX 800-532-4752 CMD.FSSC.COLLECTIONS@THERMOFISHER.COM | TRADE CLAIM | | | | $42,426.20 |
| 9    CENTER FOR AQUACULTURE CANADA INC PO BOX 388, 20 HOPE STREET SOURIS, PRINCE EDWARD ISLAND, CANADA  COA2B0 | SHARON MACAULAY 902-687-1245 SMACAULAY@AQUATECHCENTER.COM | TRADE CLAIM | | | | $41,943.65 |
| 10    RF BINDER PARTNERS INC 950 3RD AVENUE, 7TH FLOOR NEW YORK NY 10022 | JASON BUERKLE 212.994.7577 JASON.BUERKLE@RFBINDER.COM | TRADE CLAIM | | | | $40,940.92 |
| 11    ADM CLINTON BIOPROCESSING, INC. 4666 FARIES PARKWAY DECATUR IL 62526 | MARTIN, HEATHER 217-451-5172 HEATHER.MARTIN@ADM.COM | TRADE CLAIM | | | | $37,606.01 |
| 12    THE NIELSEN COMPANY US LLC 85 BROAD STREET NEW YORK NY 10004 | AARTHY PALANIRAJA 855-425-8844 AARTHY.PALANIRAJA.AP@NIELSEN.COM | TRADE CLAIM | | | | $31,850.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13 FISHER SCIENTIFIC COMPANY,LLC 3970 JOHNS CREEK COURT SUWANEE GA 30024 | ANDRES ARCE 800 582 3095 ANDRES.ARCE@THERMOFISHER.COM | TRADE CLAIM | | | | $26,908.42 |
| 14 THE OLIVE OIL FACTORY 2445 S. WATNEY WAY, STE. D FAIRFIELD CA 94533 | JULIE MARTINEZ 707-426-3400 JULIE@CRITELLI.COM | TRADE CLAIM | | | | $26,714.82 |
| 15 DEAN ORNISH, MD LLC 900 BRIDGEWAY SAUSALITO CA 94965 | TANDIS ALIZADEH 415-332-2525 TANDIS@PMRI.ORG | TRADE CLAIM | | | | $25,000.00 |
| 16 HATCH DESIGN, LLC 402 JACKSON ST SAN FRANCISCO CA 94111 | DOUG CARSON 415-398-1650 ACCOUNTING@HATCHSF.COM | TRADE CLAIM | | | | $15,054.63 |
| 17 BIOINNOVATION LABORATORIES, INC. 7220 WEST JEFFERSON AVE. STE. 112 LAKEWOOD CO 80235 | ROBERT HOLTZ 303-986-2404 HOLTZ@BIOINNOVATIONLAB.COM | TRADE CLAIM | | | | $15,000.00 |
| 18 FOILFLEX PRODUCTS, INC 24963 AVENUE TIPPITTS VALENCIA CA 91355 | ESMERALDA LOPEZ 818-523-7862 ESMERALDA@FOILFLEX.COM | TRADE CLAIM | | | | $14,415.00 |
| 19 FEDEX 942 SOUTH SHADY GROVE ROAD MEMPHIS, TN 38120 TN 38120 | ANDREA DURHAM 855-552-5393 ARDURHAM@FEDEX.COM | TRADE CLAIM | | | | $12,048.16 |
| 20 NASDAQ OMX CORPORATE SOLUTIONS LLC 805 KING FARM BLVD ROCKVILLE MD 20850 | SHARON.TAN 301-978-8392 SHARON.TAN@NASDAQ.COM | | | | | $10,830.93 |

**Fill in this information to identify the case and this filing:**

Debtor Name __TerraVia Holdings, Inc.__

United States Bankruptcy Court for the District of __Delaware__
(State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)

☐   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐   Schedule H: Codebtors (Official Form 206H)

☐   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐   Amended Schedule ____

☒   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __08/02/2017__              **X** _/s/ Apurva S. Mody_
MM/DD/YYYY                    Signature of individual on behalf of debtor

Apurva S. Mody
Printed name

Chief Executive Officer
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                                    )
In re:                                              )        Chapter 11
                                                    )
**TERRAVIA HOLDINGS, INC.**                         )        Case No. 17-_____ (___)
                                                    )
                Debtors.[1]                         )        Joint Administration Requested
                                                    )
_____             )

<u>**CORPORATE OWNERSHIP STATEMENT**</u>

In accordance with Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure

and Local Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States

Bankruptcy Court for the District of Delaware, TerraVia Holdings, Inc. (the "**Company**") hereby states

that the following entities directly or indirectly own 10% or more of any class of the Company's equity

interests.

- PRIMECAP Management Company, 177 E. Colorado Boulevard, 11th Floor, Pasadena CA 91105 (11.7% of the common stock)

- Acre Venture Partners LP, 566 Stassi Lane, Santa Monica, CA 90402 (18.7% of the series A preferred stock)

- VMG Partners III, LP, VMG Partners Mentors Circle III, LP, 39 Mesa Street, Suite 310, San Francisco, CA 94129 (11.2% of the series A preferred stock)

I, the undersigned authorized officer of the Company, named as the debtor in this case, declare

under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my

knowledge, information and belief, with the reliance on appropriate corporate officers.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows:  TerraVia Holdings, Inc. (7078), Solazyme Brazil LLC (2839) and Solazyme Manufacturing 1, LLC (4172).  The debtors' mailing address is 225 Gateway Boulevard, South San Francisco, CA 94080.

**Fill in this information to identify the case and this filing:**

Debtor Name ___TerraVia Holdings, Inc.___

United States Bankruptcy Court for the District of ___Delaware___
                                                    (State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐     Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)

☐     Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐     Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐     Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐     Schedule H: Codebtors (Official Form 206H)

☐     Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐     Amended Schedule ____

☐     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒     Other document that requires a declaration   ___Corporate Ownership Statement___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   ___08/02/2017___               X ___/s/ Apurva S. Mody___
              MM/DD/YYYY                      Signature of individual on behalf of debtor

                                             ___Apurva S. Mody___
                                             Printed name

                                             ___Chief Executive Officer___
                                             Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| **TERRAVIA HOLDINGS, INC.** | ) | Case No. 17-_____ (___) |
| | ) | |
| Debtors.[1] | ) | Joint Administration Requested |
| | ) | |

_____

## <u>LIST OF EQUITY INTEREST HOLDERS</u>

In accordance with Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, TerraVia Holdings, Inc. (the "**Company**") hereby states that the entities on the following pages hold the Company's equity interests.

I, the undersigned authorized officer of the Company, named as the debtor in this case, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my knowledge, information and belief, with the reliance on appropriate corporate officers.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows:  TerraVia Holdings, Inc. (7078), Solazyme Brazil LLC (2839) and Solazyme Manufacturing 1, LLC (4172).  The debtors' mailing address is 225 Gateway Boulevard, South San Francisco, CA 94080.

| Equity Holder & Address | Percentage Holding of Common Stock | Percentage Holding of Preferred Stock |
|---|---|---|
| CEDE & CO<br>PO BOX 20<br>BOWLING GREEN STN<br>NEW YORK NY 10274 USA | 98.8513868% | 0.0000000% |
| ARTIS VENTURES II LP<br>ARTIS VENTURES MANAGEMENT LP<br>ATTN ROBERT RIEMER<br>988 MARKET STREET<br>SAN FRANCISCO CA 94102 USA | 0.3182749% | 0.0000000% |
| BUNGE GLOBAL INNOVATION LLC<br>50 MAIN ST<br>WHITE PLAINS NY 10606 USA | 0.3122137% | 0.0000000% |
| JEFFREY TARRANT<br>PO BOX 158<br>SAINT GEORGES DE 19733 USA | 0.1151968% | 0.0000000% |
| MARK SCHUETT<br>15 SPANISH BAY<br>DAKOTA DUNES SD 57049 USA | 0.1026505% | 0.0000000% |
| ALEXANDER BERNSTEIN<br>102 WALNUT STREET<br>SAN FRANCISCO CA 94118 USA | 0.0460787% | 0.0000000% |
| PEHONG CHEN & ADELE W CHI TR UA 01/15/93 CHEN FAMILY TRUST<br>93 RIDGEVIEW DRIVE<br>ATHERTON CA 94027-6461 USA | 0.0373191% | 0.0000000% |
| MATTHEWS SOUTH INC<br>247 CALIFORNIA DR STE B<br>BURLINGAME CA 94010 USA | 0.0285614% | 0.0000000% |
| J L WALECKA & B A WALECKA TR UA 12/31/92 WALECKA FAMILY TRUST<br>74 ALEJANDRA DR<br>ATHERTON CA 94027-4107 USA | 0.0196848% | 0.0000000% |
| BIOTRONICS LTD BOND FUNDS<br>PO BOX 3463<br>ROAD TOWN TORTOLA VG1110 VGB | 0.0148097% | 0.0000000% |
| DAVID CHAPMAN<br>C/O UC SANTA BARBARA<br>MARINE BIOTECH BUILDING ROOM 2155<br>SANTA BARBARA CA 93106 USA | 0.0138236% | 0.0000000% |
| MSL CUST FULLWEL MANAGEMENT INC BOND FUND<br>1221 CHESS DR<br>FOSTER CITY CA 94404-1173 USA | 0.0090591% | 0.0000000% |
| JERRY FIDDLER<br>C/O OHANA ADVISORS<br>899 NORTHGATE DRIVE SUITE 301<br>SAN RAFAEL CA 94903 USA | 0.0076933% | 0.0000000% |

| Equity Holder & Address | Percentage Holding of Common Stock | Percentage Holding of Preferred Stock |
|---|---|---|
| MSB FBO YVES & ISABELL FAROUDJA TR UA 01/10/06 DOMESTIC B F 26595 ANACAPA DR LOS ALTOS HLS CA 94022-2504 USA | 0.0072528% | 0.0000000% |
| WALECKA ENTERPRISES I GP C/O JOHN L WALECKA PARTNER 74 ALEJANDRA DR ATHERTON CA 94027-4107 USA | 0.0060824% | 0.0000000% |
| MATTHEW JOHNSON 1449 FULTON ST SAN FRANCISCO CA 94117-1417 USA | 0.0053129% | 0.0000000% |
| KRISTEN SMITH DAYLEY 7069 270TH PL SE ISSAQUAH WA 98029-3693 USA | 0.0049719% | 0.0000000% |
| RITA HEBERT TR UA 02/07/85 HEBERT REV TRUST 223 ST PAUL DR ALAMO CA 94507-1626 USA | 0.0047185% | 0.0000000% |
| DAVID DI MARTINO 9207 2ND AVENUE SILVER SPRING MD 20910 USA | 0.0046079% | 0.0000000% |
| JAMES MITCHELL 380 GEORGETOWN AVE SAN MATEO CA 94402 USA | 0.0045729% | 0.0000000% |
| ANUSHKA SHARMA 5083 MUIRWOOD DR. PLEASANTON CA 94588 USA | 0.0035720% | 0.0000000% |
| MOHAMMAD ANWARUZZAMAN 106 SPINNAKER CV HERCULES CA 94547 USA | 0.0030301% | 0.0000000% |
| DENISE FLAHERTY ROUSSILHON 135 RUE DE CLIGNANCOURT PARIS 75018 FRA | 0.0028126% | 0.0000000% |
| HOLLY ALDEN 1465 RUSSELL RD PO BOX 221 PAOLI PA 19301 USA | 0.0027647% | 0.0000000% |
| BRAD MARSHLAND 49 AVON ROAD KENSINGTON CA 94707 USA | 0.0027647% | 0.0000000% |
| JEFFREY KNOWLES C/O COBLENTZ PATCH DUFFY & BASS ONE FERRY BUILDING SUITE 200 SAN FRANCISCO CA 94111 USA | 0.0022864% | 0.0000000% |
| HARRY T VERSEN & SHIRLEY T VERSEN JT TEN 847 CORRIENTE POINT DR REDWOOD CITY CA 94065-1284 USA | 0.0022164% | 0.0000000% |

| Equity Holder & Address | Percentage Holding of Common Stock | Percentage Holding of Preferred Stock |
|---|---|---|
| PATTI ROBERSON<br>6954 BROOKSHIRE DR<br>DALLAS TX 75230-4247 USA | 0.0019924% | 0.0000000% |
| MSL FBO RAJIT JAIN & SUZANNE MARIE JAIN JAIN FAMILY TRUST<br>326 ATHERTON AVE<br>ATHERTON CA 94027-6404 USA | 0.0019445% | 0.0000000% |
| HEIDRICK & STRUGGLES INC<br>233 S WACKER DR STE 4900<br>CHICAGO IL 60606 USA | 0.0019196% | 0.0000000% |
| REGINA VENDROW TR UA 12/16/14 VENDROW 2014 TRUST<br>945 CORRIENTE POINTE DR<br>REDWOOD CITY CA 94065-1287 USA | 0.0018524% | 0.0000000% |
| JILL LINDENMEYR<br>662 EAGLE LEDGE<br>PO BOX 116<br>ELMORE VT 5657 USA | 0.0018431% | 0.0000000% |
| PATTY GRIFFIN<br>828 INDIAN ROCK AVENUE<br>BERKELEY CA 94707 USA | 0.0018431% | 0.0000000% |
| G R S SINGH AND CO PTY LTD<br>PO BOX 85<br>GORDONVALE QLD 4865 AUS | 0.0018431% | 0.0000000% |
| JEFF COGSHALL<br>343 EDISON-FURLONG ROAD<br>DOYLESTOWN PA 18901 USA | 0.0013824% | 0.0000000% |
| ALEXANDRA ROTH<br>877 35TH STREET<br>OAKLAND CA 94608 USA | 0.0013824% | 0.0000000% |
| MSB FBO JEFFREY H SPAGNOLA & WHITNEY A SPAGNOLA TR UA 01/21/03 SPAGNOL REV TRUST<br>16085 SHANNON RD<br>LOS GATOS CA 95032-4737 USA | 0.0012902% | 0.0000000% |
| MSB CUST DERACE SCHAFFER<br>1100 GRAND ISLE DR<br>NAPLES FL 34108-3325 USA | 0.0012487% | 0.0000000% |
| RUSSELL KEMPT & PHYLLIS JUNE KEMPT TR UA 11/12/09 THE KEMPT FAMILY TRUST<br>648 PALMER LANE<br>MENLO PARK CA 94025-1944 USA | 0.0012008% | 0.0000000% |
| EM FBO LANG REVOCABLE TRUST LAWRENCE J & KATHERINE B LANG<br>100 UNIVERSITY AVE<br>LOS ALTOS CA 94022-3514 USA | 0.0011400% | 0.0000000% |

| Equity Holder & Address | Percentage Holding of Common Stock | Percentage Holding of Preferred Stock |
|---|---|---|
| MSB FBO JAMES W STEELE TR UA 12/28/10 JAMES STEELE SEPARATE PROP TRUST 213 WHITE PINE CANYON RD PARK CITY UT 84060-6514 USA | 0.0010921% | 0.0000000% |
| KIRSTEN WINTERS TR UA 11/27/98 WINTERS 1998 FAMILY TRUST DAVID WINTERS 12502 MILLER AVE SARATOGA CA 95070-4025 USA | 0.0010008% | 0.0000000% |
| JESSICA B COLE PO BOX 672 KULA HI 96790-0672 USA | 0.0009216% | 0.0000000% |
| SEAN J COLE 3345 LOWER RD HONOLULU HI 96822-1460 USA | 0.0009216% | 0.0000000% |
| CLAIRE PAINTER EBERLE 9570 MCGLINN DRIVE LA CONNOR WA 98257 USA | 0.0009216% | 0.0000000% |
| CAROL GALANTE 1130 WINSOR AVENUE PIEDMONT CA 94610 USA | 0.0009216% | 0.0000000% |
| LARRY KENNER 1245 PUUALOHA STREET KAILUA HI 96734 USA | 0.0009216% | 0.0000000% |
| AARON MARKS 426 ALBEMARLE STREET EL CERRITO CA 94530 USA | 0.0009216% | 0.0000000% |
| DARA SCHUR 944 GRIZZLY PEAK BLVD BERKELEY CA 94708 USA | 0.0009216% | 0.0000000% |
| AMY WEINBERG 655 CALIFORNIA GULCH ROAD JAMESTOWN CO 80455 USA | 0.0009216% | 0.0000000% |
| RAJENDRA & MADHU KHANNA TR 09/19/02 THE KHANNA 2002 REVOCABLE TRUST 892 SHADOW CREEK PL LOS ALTOS CA 94024-6625 USA | 0.0008838% | 0.0000000% |
| MSB FBO SEAN FOOTE 546 SANTA CLARA AVE REDWOOD CITY CA 94061-4128 USA | 0.0008801% | 0.0000000% |
| LISA A EDWARDS TR UA 05/24/01 LISA A EDWARDS REV LIVING TRU CEF ACCOUNT 2306 JOHN ST MANHATTEN BEACH CA 90266-2616 USA | 0.0008027% | 0.0000000% |

| Equity Holder & Address | Percentage Holding of Common Stock | Percentage Holding of Preferred Stock |
|---|---|---|
| LAWRENCE J & KATHERINE B LANG FBO LANG REVOCABLE TRUST CEF ACCOUNT<br>100 UNIVERSITY AVE<br>LOS ALTOS CA 94022-3514 USA | 0.0007879% | 0.0000000% |
| JOHN E WELSH<br>851 FREMONT<br>STE 109<br>LOS ALTOS CA 94024-5602 USA | 0.0007787% | 0.0000000% |
| STRATEGIC MANAGEMENT ASSOCIATES INC DAN SCHENDEL<br>1327 N GRANT ST<br>WEST LAFAYETTE IN 47906-2463 USA | 0.0007750% | 0.0000000% |
| JOHN ALDEN<br>1335 GLEN EYRIE AVENUE<br>SAN JOST CA 95125 USA | 0.0006912% | 0.0000000% |
| KATIE ALDEN<br>1020 YARWOOD COURT<br>SAN JOSE CA 95128 USA | 0.0006912% | 0.0000000% |
| LAURIE ALDEN<br>3495 LAKESHORE DRIVE<br>CARSON CITY NV 89704 USA | 0.0006912% | 0.0000000% |
| MIKE ALDEN<br>828 INDIAN ROCK AVENUE<br>BERKELEY CA 94707 USA | 0.0006912% | 0.0000000% |
| MITCHELL ALDEN<br>812 EVANS ROAD<br>LOWER GWYNEDD PA 19002 USA | 0.0006912% | 0.0000000% |
| MARY GOULART<br>1367 MUNRO AVENUE<br>CAMPBELL CA 95008 USA | 0.0006912% | 0.0000000% |
| NANETTE MUGGE-ALDEN<br>1285 ELLWANGER DRIVE<br>PHOENIXVILLE PA 19460 USA | 0.0006912% | 0.0000000% |
| AMY TIMACHEFF<br>1335 GLEN EYRIE AVE<br>SAN JOSE CA 95125-4320 USA | 0.0006912% | 0.0000000% |
| BONNIE VAN FOSSEN<br>748 DAVIS ROAD<br>SOUTH ROYALTON VT 5068 USA | 0.0006912% | 0.0000000% |
| MSL FBO CHRISTINE BAKAN & LLOYD BAK TR UA 10/15/12 BAKAN FAMILY TRUST<br>1 FLOOD CIRCLE<br>ATHERTON CA 94027-2108 USA | 0.0006774% | 0.0000000% |

| Equity Holder & Address | Percentage Holding of Common Stock | Percentage Holding of Preferred Stock |
|---|---|---|
| WALTER G RAKITSKY<br>941 ORANGE AVE<br>UNIT 514<br>CORONADO CA 92118 USA | 0.0006727% | 0.0000000% |
| H D HECKART & CHRISTINE A HECKART TR UA 02/14/14<br>H D & CH HECKART FAMILY TRUST<br>1988 TICINO COURT<br>PLEASANTON CA 94566-3618 USA | 0.0006469% | 0.0000000% |
| RSJ INVESTMENT PARTNERS A CALIFORNIA L P<br>ATTN RAJIT & SUZANNE JAIN<br>326 ATHERTON AVE<br>ATHERTON CA 94027-6404 USA | 0.0006387% | 0.0000000% |
| MSB FBO S & D LICHTENGER TR 07/21/15 DAVID &<br>SYLVIA LICHTENGER<br>2226 LOUIS RD<br>PALO ALTO CA 94303-3633 USA | 0.0006331% | 0.0000000% |
| KATHERINE ALICE HARRINGTON<br>323 COVINGTON RD<br>LOS ALTOS CA 94024-4032 USA | 0.0006092% | 0.0000000% |
| RANDALL S GLEIN & SHARON J GLEIN TR UA 04/30/13<br>GLEIN FAMILY TRUST<br>694 PANCHITA WAY<br>LOS ALTOS CA 94022-1598 USA | 0.0005917% | 0.0000000% |
| ROY VINCENT HARRINGTON IV<br>323 COVINGTON RD<br>LOS ALTOS CA 94024-4032 USA | 0.0005677% | 0.0000000% |
| JONATHAN MCCONACHIE<br>125 EAGLE VISTA<br>BISHOP CA 93514-7185 USA | 0.0005511% | 0.0000000% |
| PETER BRANT<br>1623 SW 170TH ST<br>NORMANDY PARK WA 98166-3341 USA | 0.0005493% | 0.0000000% |
| ELAINE CORINNE HARRINGTON<br>323 COVINGTON RD<br>LOS ALTOS CA 94024-4032 USA | 0.0005354% | 0.0000000% |
| JOHN SISLER TR UA 11/12/08 JOHN R SISLER REVOCABLE<br>TRUST<br>795 WHISPERING PINES<br>SCOTTS VALLEY CA 95066-4429 USA | 0.0005216% | 0.0000000% |
| T MITARAI & M MITARAI TR UA 03/21/12 UA 03/21/12<br>MITARAI REV TRUST<br>12451 PASEO CERRO<br>SARATOGA CA 95070-4136 USA | 0.0004645% | 0.0000000% |
| VICKI DRURY & JOHN DRURY COMMUNITY PROPERTY<br>211 TIBURON COURT<br>WALNUT CREEK CA 94597-3437 USA | 0.0004636% | 0.0000000% |

| Equity Holder & Address | Percentage Holding of Common Stock | Percentage Holding of Preferred Stock |
|---|---|---|
| MARY PAT BYRNE<br>1308 BELLVIEW WAY NE #5<br>BELLVIEW WA 98004 USA | 0.0004608% | 0.0000000% |
| JAMIE CARMOUCHE<br>5701 N ARLISS AVE<br>MERIDIEN ID 83646 USA | 0.0004608% | 0.0000000% |
| DAVID COBEN<br>103 FRANKLIN STREET #3<br>BROOKLYN NY 11222 USA | 0.0004608% | 0.0000000% |
| JOSHUA COBEN<br>95 ABBOTT ROAD<br>DEDHAM MA 2026 USA | 0.0004608% | 0.0000000% |
| EMILY FRYDRYCH<br>4519 HENLEY CT<br>WESTLAKE VLG CA 91361 USA | 0.0004608% | 0.0000000% |
| SUSAN FRYDRYCH<br>5345 OAK PARK AVENUE<br>ENCINO CA 91316 USA | 0.0004608% | 0.0000000% |
| JESSE FURMAN<br>2920 DERBY STREET<br>BERKELEY CA 94705 USA | 0.0004608% | 0.0000000% |
| ANNA COBEN GREENBERG<br>4900 N 33RD COURT<br>HOLLYWOOD FL 33021 USA | 0.0004608% | 0.0000000% |
| ELLEN WEINBERG HUGHES<br>40 RED BROOK CIR<br>WOLFEBORO NH 03894-4905 USA | 0.0004608% | 0.0000000% |
| AARON KLAMON<br>17450 BURBANK BLVD<br>ENCINO CA 91316 USA | 0.0004608% | 0.0000000% |
| LAUREN KLAMON<br>12837 MOORPARK STREET<br>STUDIO CITY CA 91604 USA | 0.0004608% | 0.0000000% |
| JASON KOMEN<br>545 RIO GRANDE WAY<br>OXNARD CA 93036-5568 USA | 0.0004608% | 0.0000000% |
| MAIRE MACKINNON<br>1554 MOZART STREET<br>ALAMEDA CA 94501 USA | 0.0004608% | 0.0000000% |
| CYNTHIA MATOSSIAN<br>3096 COMFORT ROAD<br>NEW HOPE PA 18938 USA | 0.0004608% | 0.0000000% |
| MOLLY MORALES<br>27147 BIDWELL LN<br>VALENCIA CA 91354-2136 USA | 0.0004608% | 0.0000000% |

| Equity Holder & Address | Percentage Holding of Common Stock | Percentage Holding of Preferred Stock |
|---|---|---|
| SUSAN MUSCARELLA<br>1544 OLYMPUS AVENUE<br>BERKELEY CA 94708 USA | 0.0004608% | 0.0000000% |
| RICH NOSEK<br>654 NEILSON STREET<br>BERKELEY CA 94707 USA | 0.0004608% | 0.0000000% |
| TYLER PAINTER CUST GABRIELLE JOHANNA WILCOX UTMA TX<br>14154 CASCADE FALLS DRIVE<br>HOUSTON TX 77062 USA | 0.0004608% | 0.0000000% |
| ANTHONY SANDBERG<br>1 SPINNAKER WAY<br>BERKELEY CA 94710 USA | 0.0004608% | 0.0000000% |
| ADAM WEINBERG<br>204 W BROADWAY<br>GRANVILLE OH 43023-1120 USA | 0.0004608% | 0.0000000% |
| STEVEN & ALLISON ALDRICH TR UA 01/08/07 ALDRICH FAMILY TRUST<br>96 N SPRINGER RD<br>LOS ALTOS CA 94024-3142 USA | 0.0004543% | 0.0000000% |
| SANDRA A HEFFERNAN TR UA 06/16/98 HEFFERNAN FAMILY TRUST MSB<br>15908 ROSE AVE<br>LOS GATOS CA 95030-4217 USA | 0.0004073% | 0.0000000% |
| ZACHARY JONES<br>120 FARM RD<br>WOODSIDE CA 94062-1211 USA | 0.0004055% | 0.0000000% |
| KERI JACKSON TR UA 04/10/02 THE TRISTAN EDWARD KUNZLE TRUST<br>18 LEONARD ST APT 5B<br>NEW YORK NY 10013-2997 USA | 0.0003686% | 0.0000000% |
| KERI JACKSON TR UA 04/13/00 THE ALEXANDRA KUNZLE TRUST<br>18 LEONARD ST APT 5B<br>NEW YORK NY 10013-2997 USA | 0.0003686% | 0.0000000% |
| SERGEI MORKOVINE & MARINA PORTNOVA JT TEN<br>3474 LA MESA DR<br>SAN CARLOS CA 94070-4252 USA | 0.0003594% | 0.0000000% |
| BRENDA KARIM<br>3915 BELLWOOD DRIVE<br>CONCORD CA 94519 USA | 0.0002765% | 0.0000000% |
| ELIZABETH ANN MORECI<br>2120 ROSEMARY COURT<br>PETALUMA CA 94954 USA | 0.0002765% | 0.0000000% |

| Equity Holder & Address | Percentage Holding of Common Stock | Percentage Holding of Preferred Stock |
|---|---|---|
| DAVID L SCHRADER<br>168 RALSTON AVE<br>MILL VALLEY CA 94941 USA | 0.0002765% | 0.0000000% |
| LAWERANCE W NISSEN TR UA 02/18/02 LAWERANCE W NISSEN TRUST<br>445 KAILUA RD<br>APT 5105<br>KAILUA HI 96734-2921 USA | 0.0002488% | 0.0000000% |
| DORIS GILBERT<br>7000 N MCCORMICK BLVD<br>APT 415<br>LINCOLNWOOD IL 60712-2736 USA | 0.0002304% | 0.0000000% |
| MICHELE ADELMAN<br>328 HOWARD ST<br># C<br>PETALUMA CA 94952-2721 USA | 0.0002304% | 0.0000000% |
| AVRIL DRAUDT<br>C/O SOLAZYME<br>225 GATEWAY BOULEVARD<br>SOUTH SAN FRANCISCO CA 94080 USA | 0.0002304% | 0.0000000% |
| SUSAN KLEINSTEIN<br>1023 MERCED<br>BERKELEY CA 94707 USA | 0.0002304% | 0.0000000% |
| CHARLOTTE MCGOVERN<br>7295 SARONI DRIVE<br>OAKLAND CA 94611 USA | 0.0002304% | 0.0000000% |
| FLORA RUSS<br>6872 SHERWICK DRIVE<br>BERKELEY CA 94705 USA | 0.0002304% | 0.0000000% |
| MSL CUST LEROY JOHN KERN III<br>23641 CAMINO HERMOSO DR<br>LOS ALTOS HLS CA 94024-6447 USA | 0.0001935% | 0.0000000% |
| MICHAEL ARBIGE<br>1256 BIRCH STREET<br>MONTARA CA 94037 USA | 0.0008967% | 0.0000000% |
| JASON W & KIMBERLY D SOLIS TR UA 07/31/13 SOLIS FAMILY REV TRUST<br>3761 THOUSAND OAKS DR<br>SAN JOSE CA 95136-1448 USA | 0.0001714% | 0.0000000% |
| PRENTICE CUP FOUNDATION INC ROBERT POHLY<br>SAMLYN CAPITAL PM ACCOUNT<br>500 PARK AVE 2ND FLOOR<br>NEW YORK NY 10022-1606 USA | 0.0001686% | 0.0000000% |
| LYNN E ANDERSON<br>2240 HANOVER ST<br>PALO ALTO CA 94306-1246 USA | 0.0001567% | 0.0000000% |

| Equity Holder & Address | Percentage Holding of Common Stock | Percentage Holding of Preferred Stock |
|---|---|---|
| TRACY GIFFORD JONES CUST TRAVIS G JONES UTMA CA<br>120 FARM RD<br>WOODSIDE CA 94062-1211 USA | 0.0001428% | 0.0000000% |
| GINA RUGANI MIKE RUGANI TR UA 07/17/78 RUGANI 1978 TRUST AGREEMEN<br>BOX 873<br>LOS GATOS CA 95031-0873 USA | 0.0001428% | 0.0000000% |
| CAMERON JONES & TRACY GIFFORD JONES TR UA 12/20/02 JONES FAMILY TRUST<br>120 FARM RD<br>WOODSIDE CA 94062-1211 USA | 0.0001419% | 0.0000000% |
| DAVID CHRISTOPHER LLOYD & ROBYN ANN LLOYD JT TEN<br>213 CROSSMAGLEN ROAD<br>BONVILLE NSW 2450 AUS | 0.0001382% | 0.0000000% |
| SRIDHAR DUGGIRALA & DURGA RANI DUGGIRALA JT TEN<br>1188 HOSKINS LN<br>SAN RAMON CA 94582-5916 USA | 0.0001345% | 0.0000000% |
| DAVID ANDREW JACKSON<br>253 POLHEMUS AVE<br>ATHERTON CA 94027-5442 USA | 0.0001263% | 0.0000000% |
| THOMAS B CLARK & LINDA CLARK TR UA 04/05/11 CLARK LIVING TRUST<br>1512 ILIKAI AVE<br>SAN JOSE CA 95118-1941 USA | 0.0001180% | 0.0000000% |
| CHUNG SOON IM<br>818 ELMIRA DR<br>SUNNYVALE CA 94087-1227 USA | 0.0001078% | 0.0000000% |
| NATHAN TSAI & SOLOMON TSAI JT TEN<br>1221 CHESS DR<br>FOSTER CITY CA 94404-1173 USA | 0.0001060% | 0.0000000% |
| RYAN EVON RADCHENKO<br>PO BOX 6010<br>FERNIE BC V0B 1M6 CAN | 0.0001014% | 0.0000000% |
| PHILLIP H MATOESIAN<br>676 ROYAL CREST WAY<br>O FALLON IL 62269-6993 USA | 0.0000922% | 0.0000000% |
| SHIRLEY T VERSEN CUST RYAN VERSEN UTMA CA<br>847 CORRIENTE POINT DR<br>REDWOOD CITY CA 94065-1284 USA | 0.0000774% | 0.0000000% |
| TRACY JONES CUST SHELBY GIFFORD JONES UTMA CA<br>120 FARM RD<br>WOODSIDE CA 94062-1211 USA | 0.0000756% | 0.0000000% |

| Equity Holder & Address | Percentage Holding of Common Stock | Percentage Holding of Preferred Stock |
|---|---|---|
| SHIRLEY T VERSEN CUST NICOLE THERESA VERSEN UTMA CA<br>847 CORRIENTE POINT DR<br>REDWOOD CITY CA 94065-1284 USA | 0.0000756% | 0.0000000% |
| ROBERTA CARMOUCHE<br>3518 LARCOMBE CT<br>PERRIS CA 92571-7313 USA | 0.0000525% | 0.0000000% |
| TREVOR HOLLYN TAUB<br>329 E 13TH ST<br>APT 3C<br>NEW YORK NY 10003-5814 USA | 0.0000424% | 0.0000000% |
| CULLEN HOLLYN TAUB<br>2367 WYANDOTTE<br>MOUNTAIN VIEW CA 94043-2310 USA | 0.0000387% | 0.0000000% |
| DARREN CARMOUCHE<br>1901 SE 3RD WAY<br>MERIDIAN ID 83642-7403 USA | 0.0000230% | 0.0000000% |
| PETER FELDMAN<br>254 W 103 ST<br>NEW YORK NY 10025-4428 USA | 0.0000230% | 0.0000000% |
| THOMAS R DABASINSKAS & VICTORIA E DABASINSKAS JT TEN<br>509 QUINCY AVE NE<br>RENTON WA 98059-4555 USA | 0.0000092% | 0.0000000% |
| PAUL MCDOWELL JR<br>2102 HOLLYWOOD PL<br>SOUTH BEND IN 46616 USA | 0.0000018% | 0.0000000% |
| ACC INVESTMENT MANAGEMENT INC<br>1325 HOWARD AVE<br>PMB 433<br>BURLINGAME CA 94010 USA | 0.0000009% | 0.0000000% |
| VMG PARTNERS III LP<br>VMG PARTNERS<br>ATTN MICHAEL MAUZE<br>39 MESA STREET<br>SUITE 310<br>SAN FRANCISCO CA 94129 USA | 0.0000000% | 25.0127660% |
| VMG PARTNERS MENTORS CIRCLE III LP<br>VMG PARTNERS<br>ATTN MICHAEL MAUZE<br>39 MESA STREET<br>SUITE 310<br>SAN FRANCISCO CA 94129 USA | 0.0000000% | 0.5191489% |

| Equity Holder & Address | Percentage Holding of Common Stock | Percentage Holding of Preferred Stock |
|---|---|---|
| GARY FRIEDMAN<br>C/O KEITH BELLING<br>19 EUCALYPTUS ROAD<br>BEL TIBURON CA 94920 USA | 0.0000000% | 2.1276596% |
| ACRE VENTURE PARTNERS LP<br>ATTN GARETH ASTEN<br>566 STASSI LN<br>SANTA MONICA CA 90402 USA | 0.0000000% | 42.5531915% |
| POWERPLANT VENTURES LP<br>ATTN MARK RAMPOLLA<br>11611 SAN VICENTE BLVD<br>SUITE 1020<br>LOS ANGELES CA 90049 USA | 0.0000000% | 8.5106383% |
| SIMON ALGAE INVESTORS LLC<br>ATTN STEPHEN H SIMON<br>101 MISSION STREET<br>SUITE 1115<br>SAN FRANCISCO CA 94105 USA | 0.0000000% | 8.5106383% |
| BM PARTNERS<br>C/O KEITH BELLING<br>3347 MICHELSON DRIVE<br>SUITE 200<br>IRVINE CA 92612 USA | 0.0000000% | 1.7021277% |
| LYRA GROWTH PARTNERS INC<br>ATTN REESE DAVIDSON/CHARLES CHANG<br>1000 - 355 BURRARD ST<br>VANCOVER BC V6C 2G8 CAN | 0.0000000% | 8.5106383% |
| JACK DAVIS<br>4161 MISTY OAKS LN<br>NESBIT MS 38651-9539 USA | 0.0000000% | 0.4255319% |
| DAVID T LEYRER CUST JANE TRANEN LEYRER UTMA CA<br>201 S ROCKINGHAM AVENUE<br>LOS ANGELES CA 90049 USA | 0.0000000% | 1.0638298% |
| DAVID T LEYRER CUST REMY TRANEN LEYRER UTMA CA<br>201 S ROCKINGHAM AVENUE<br>LOS ANGELES CA 90049 USA | 0.0000000% | 0.8510638% |
| DAVID T LEYRER CUST QUINN TRANEN LEYRER UTMA CA<br>201 S ROCKINGHAM AVENUE<br>LOS ANGELES CA 90049 USA | 0.0000000% | 0.2127660% |

**Fill in this information to identify the case and this filing:**

Debtor Name  TerraVia Holdings, Inc.

United States Bankruptcy Court for the District of  Delaware
                                                                (State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)

☐   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐   Schedule H: Codebtors (Official Form 206H)

☐   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐   Amended Schedule ____

☐   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒   Other document that requires a declaration   List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/02/2017                            **X** /s/ Apurva S. Mody
                    MM/DD/YYYY                          Signature of individual on behalf of debtor


                                                       Apurva S. Mody
                                                       Printed name


                                                       Chief Executive Officer
                                                       Position or relationship to debtor

**TERRAVIA HOLDINGS, INC.**
**(a Delaware corporation)**

**CERTIFICATE OF RESOLUTION**

August 1, 2017

I, Paul T. Quinlan, General Counsel and Secretary of Terravia Holdings, Inc., a Delaware corporation (the "Company"), do hereby certify as follows:

1.   I am the duly elected and qualified General Counsel and Secretary of the Company and, as such, am familiar with the facts herein certified and duly authorized to certify same on behalf of the Company.

2.   Attached hereto is a true, complete and correct copy of the resolutions of the Board of Directors of the Company, duly adopted at a properly convened meeting of the Board of Directors on August 1, 2017, by unanimous vote of the directors there present, in accordance with the bylaws of the Company and the requirements of applicable law.

3.   Such resolutions have not been amended, modified, annulled, revoked or rescinded and are in full force and effect as of the date hereof.  There exist no other subsequent resolutions of the Board of Directors of the Company relating to the matters set forth in the resolutions attached hereto.

[Signature Page Follows]

IN WITNESS WHEREOF, I have hereunto set my hand as of the date first written above.

/s/ Paul T. Quinlan
Paul T. Quinlan
General Counsel and Secretary

**TerraVia Holdings, Inc.**

**Resolutions of the Board of Directors**

August 1, 2017

Commencement of Chapter 11 Case

WHEREAS the board of directors (the "Board") of TerraVia Holdings, Inc. (the "Company") reviewed and considered the materials presented by the Company's management team and its financial and legal advisors regarding the Company's liabilities and liquidity, the strategic alternatives available to it and the impact of the foregoing on the Company's businesses; and

WHEREAS the Board consulted with the Company's management team and its financial and legal advisors, and has fully considered each of the Company's strategic alternatives.

NOW, THEREFORE, BE IT RESOLVED that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees and other stakeholders that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

RESOLVED that each of the Company's Chief Executive Officer, Chief Operating Officer, Chief Financial Officer, General Counsel and  Secretary (each, an "Authorized Officer") be, and each of them hereby is, authorized on behalf of the Company to execute and verify petitions under chapter 11 of the Bankruptcy Code and to cause such petitions to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), each such petition to be filed at such time as the Authorized Officer executing the petition shall determine and to be in the form approved by the Authorized Officer executing such petition, such approval to be conclusively evidenced by the execution, verification and filing thereof;

Retention of Advisors

RESOLVED that the law firm of Davis Polk & Wardwell LLP be, and hereby is, retained as counsel to the Company in the Company's chapter 11 case, subject to the approval of the Bankruptcy Court;

RESOLVED that the law firm of Richards, Layton & Finger, P.A. be, and hereby is, retained as co-counsel to the Company in the Company's chapter 11 case, subject to the approval of the Bankruptcy Court;

RESOLVED that Rothschild Inc. be, and hereby is, retained as financial advisor for the Company in the Company's chapter 11 case, subject to the approval of the Bankruptcy Court;

RESOLVED that Kurtzman Carson Consultants, LLC be, and hereby is, retained as notice, claims and solicitation agent for the Company in the Company's chapter 11 case, subject to the approval of the Bankruptcy Court; and

RESOLVED that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to execute and file in the Company's chapter 11 case all petitions, schedules, motions, lists, applications, pleadings and other papers, and, in connection therewith, to retain and obtain assistance from additional legal counsel, accountants, financial advisors and other professionals and to take and perform any and all further acts and deeds that any such Authorized Officer deems necessary or desirable in connection with the Company's chapter 11 case; provided, however, that any such act or deed shall remain subject to further Board approval to the extent required under the Company's existing delegations of authority and/or corporate governance practices and procedures.

<u>Debtor in Possession Financing</u>

WHEREAS the Company and its subsidiaries have determined to enter into the Credit Agreement (as defined below) to obtain financing in the form of a superpriority senior secured debtor-in-possession credit facility in an aggregate principal amount of up to $10 million (the "Credit Facility"), the proceeds of which will be used for general corporate and working capital purposes, including for capital expenditures and to pay fees and expenses associated with the Company's and its applicable subsidiaries' chapter 11 cases and the Credit Facility;

WHEREAS the lenders under the Credit Facility will require, as a condition to the extension of the Credit Facility, that each of the Company and its wholly-owned domestic subsidiaries (the "Subsidiary Guarantors"; the Subsidiary Guarantors together with the Company, the "Loan Parties") grant first priority priming liens and security interests in substantially all of its assets, subject to exceptions set forth in the Credit Agreement, to secure its and the other Loan Parties' obligations under the Credit Agreement and the other Loan Documents (as defined below) and to provide superpriority claim status with respect thereto; and

WHEREAS the Board has been advised of the material terms of the Credit Agreement and the other Loan Documents, has given full consideration to the transactions contemplated by the Credit Agreement and the other Loan Documents, and has determined that the transactions contemplated by the Credit Agreement and the other Loan Documents are in the best interest of the Company and that it is in the best interest of the Company to (i) enter into the Credit Agreement and the other Loan Documents and execute and deliver each mortgage, security agreement, pledge agreement, guarantee agreement, control agreement, intellectual property agreement, financing statement and other document under which a security interest in the assets of the Company is being created, and each other agreement, document or instrument required thereunder (collectively, with the Credit Agreement, the "Loan Documents") and (ii) authorize the Authorized Officers to take any and all actions as they may deem appropriate to effectuate the transactions contemplated by the Credit Agreement and each of the other Loan Documents.

NOW THEREFORE, BE IT RESOLVED that the Company be, and it hereby is, authorized and empowered to enter into the Credit Agreement and each of the other Loan Documents, to borrow under the Credit Facility at such times and in such amounts as any Authorized Officer shall deem necessary or advisable and as shall be permitted by the terms of the Loan Documents and to consummate all the other transactions contemplated by the Loan Documents, including, without limitation, to grant first priority priming liens and security interests in, and to pledge, mortgage or grant deeds of trust with respect to, its right, title and

interest in and to its properties and assets to the extent required to secure its and the other Loan Parties' obligations under the Loan Documents and to grant superpriority claim status with regard thereto;

RESOLVED that each of the Authorized Officers of the Company be, and each of them hereby is, authorized to negotiate, execute and deliver the Credit Agreement and each of the other Loan Documents in the name and on behalf of the Company in the form and upon the terms and conditions as any Authorized Officer may approve (such approval to be conclusively established by such Authorized Officer's execution and delivery thereof), and to perform the Company's obligations thereunder, including the payment of any fees and expenses related thereto, and to take all actions in accordance therewith that any of them may deem necessary or advisable to consummate the transactions contemplated thereby, and the actions of any such Authorized Officer in negotiating the terms of, and in executing and delivering, each of the Loan Documents, and any other action taken in connection therewith, on behalf of the Company be, and the same hereby are, ratified, confirmed, approved and adopted;

RESOLVED that any Authorized Officer of the Company be, and each of them hereby is, authorized and empowered in the name and on behalf of the Company to execute and deliver any amendment (including amendments increasing the amount of credit available under the Credit Agreement and/or extending the maturity of the same), amendment and restatement or other modification to the Credit Agreement or any of the other Loan Documents (each, an "Amendment"), such approval to be conclusively evidenced by the execution and delivery thereof; provided, however, that any such Amendment shall remain subject to further Board approval to the extent required under the Company's existing delegations of authority and/or corporate governance practices and procedures; and

RESOLVED that any Authorized Officer of the Company be, and each of them hereby is, authorized and empowered in the name and on behalf of the Company to execute and deliver any officer's, secretary's or similar certificate on behalf of the Company in connection with the Credit Agreement or any of the other Loan Documents or any Amendment and the transactions contemplated therein, with such changes as such Authorized Officer executing the same may approve, such approval to be conclusively evidenced by the execution and delivery thereof.

<u>Potential Sale Transactions</u>

RESOLVED that the Company and the Authorized Officers are hereby authorized, directed and empowered, on behalf of and in the name of the Company to file a motion with the Bankruptcy Court (i) seeking approval of bidding procedures to be used to facilitate a potential sale of all or substantially all of the Company's assets pursuant to section 363 of the Bankruptcy Code (the "Potential Sale Transaction"), (ii) seeking approval of Corbion N.V. as a stalking horse purchaser (the "Stalking Horse Bidder") for the Potential Sale Transaction and (iii) seeking approval of the payment of certain fees (including expense reimbursement and breakup fees) to the Stalking Horse Bidder, all substantially in accordance with the summary presented to the Board, subject to such modifications thereto as the Authorized Officers and the Company's management may deem necessary or advisable in order to give effect to and carry out the general purposes of the Potential Sale Transactions as presented to the Board;

RESOLVED that the Authorized Officers shall be, and each of them, acting alone, hereby is, authorized, directed and empowered on behalf of, and in the name of, the Company to conduct a further marketing process to identify Potential Sale Transactions under the supervision of the Bankruptcy Court; and

RESOLVED that the Authorized Officers shall be, and each of them alone, hereby is, authorized, directed and empowered on behalf of, and in the name of, the Company to (a) take actions and negotiate, or cause to be prepared and negotiated, and, subject to Bankruptcy Court approval as required, to execute, deliver, perform and cause the performance of any agreements (including asset purchase agreements), certificates, instruments, receipts, petitions, motions or other papers or documents in furtherance of, and necessary to effectuate, any Potential Sale Transactions to which the Company is or will be a party and (b) request the Bankruptcy Court to approve any Potential Sale Transaction (including a sale of the Company's assets to a higher or better bidder) and for any related relief.

<u>General Authorization and Ratification</u>

RESOLVED that, in connection with the Company's chapter 11 case, the Authorized Officers be, and each hereby is, authorized and empowered on behalf of and in the name of the Company, to negotiate, execute, deliver, and perform or cause the performance of any notes, guarantees, security agreements, other agreements, consents, certificates, or instruments as such person considers necessary, appropriate, desirable or advisable to effectuate any other borrowing or other financial arrangements, such determination to be evidenced by such execution or taking of such action;

RESOLVED that the Authorized Officers be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to take, or cause to be taken, any and all further actions (including, without limitation, (i) execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and (ii) pay fees and expenses in connection with the transactions contemplated by the foregoing resolutions) and to take any and all steps deemed by any such Authorized Officer to be necessary, advisable or desirable to carry out the purpose and intent of each of the foregoing resolutions, and all actions heretofore taken by any such Authorized Officer or the Board in furtherance thereof are hereby ratified, confirmed and approved in all respects;

RESOLVED that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Board; and

RESOLVED that the omission from these resolutions of any agreement, document or other arrangement contemplated by any of the agreements, documents or instruments described in the foregoing resolutions or any action to be taken in accordance with any requirement of any

of the agreements or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Authorized Officers to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions.