# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TERRAVIA HOLDINGS, INC., *et al.*,<br><br>Liquidating Debtors.[1] | Chapter 11<br><br>Case No. 17-11655 (CSS) Jointly<br><br>Administered<br><br>**Related to Docket Nos. 740 & 746** |
| In re:<br><br>SOLAZYME BRAZIL LLC<br><br>Liquidating Debtor. | Chapter 11<br><br>Case No. 17-11656 (CSS)<br><br>Jointly Administered |
| In re:<br><br>SOLAZYME MANUFACTURING 1, LLC<br><br>Liquidating Debtor. | Chapter 11<br><br>Case No. 17-11657 (CSS)<br><br>Jointly Administered |

## FINAL DECREE (I) CLOSING CHAPTER 11 CASES; (II) TERMINATING CERTAIN CLAIMS AND NOTICING SERVICES; AND (III) GRANTING RELATED RELIEF

Upon consideration of the *Liquidating Debtors' Motion for Entry of an Order (I) Issuing a Final Decree Closing Chapter 11 Cases; (II) Terminating Certain Claims and Noticing Services; and (III) Granting Related Relief* (the "Motion");[2] and the Court having considered the Motion, all related pleadings and documents, and the record established in the Debtors' bankruptcy cases; and the Court having found that due and proper notice and service of the

---

[1] The Liquidating Debtors in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: TerraVia Holdings, Inc. (7078), Solazyme Brazil LLC (2839) and Solazyme Manufacturing 1, LLC (4172). The Liquidating Debtors' mailing address is TerraVia Holdings, Inc., c/o Emerald Capital Advisors, Attn: John P. Madden, 150 East 52nd Street, 15th Floor, New York, New York 10022.

[2] Capitalized terms used but undefined herein shall have the meanings ascribed to them in the Motion.

Motion has been given, that no other further notice or service of the Motion need be given, that the relief sought in the Motion is in the best interest of the Liquidating Debtors and their creditors, and is appropriate under applicable law and necessary to effectuate the purposes of the Combined Disclosure Statement and Plan, and that good and sufficient cause exists for granting the relief set forth herein, it is hereby ORDERED that:

1. The relief sought by the Motion is **GRANTED** as set forth herein.

2. The administered Chapter 11 Cases of TerraVia Holdings, Inc., Case No. 17-11655 (CSS); Solazyme Brazil LLC, Case No. 17-11656 (CSS); and Solazyme Manufacturing 1, LLC, Case No. 17-11657 (CSS), are hereby closed and a final decree is granted effective as of the date hereof.

3. The Plan Administrator shall (i) if not already filed, file a final post-confirmation operating report within thirty days after the entry of this Order and (ii) to the extent not already paid, pay the fees that have accrued as of the date hereof for the Chapter 11 Cases that are required to be paid to the U.S. Trustee pursuant to 28 U.S.C. § 1930 as soon as reasonably practicable thereafter.

4. The Claims and Noticing Services of KCC are terminated effective immediately; *provided, however* that nothing set forth herein shall relieve KCC of any of its obligations imposed by the Local Rules.

5. Pursuant to Local Rule 2002-1(f)(ix), within twenty-eight days of entry of this Order, KCC shall (i) forward to the Clerk of the Court an electronic version of all imaged claims in the Chapter 11 Cases; (ii) upload the creditor mailing list for the Chapter 11 Cases into CM/ECF; and (iii) docket a final claims register for the Liquidating Debtors' cases. KCC shall also box and transport all original claims of the Debtors' cases to the Philadelphia Federal

Records Center, 14700 Townsend Road, Philadelphia, Pennsylvania 19154, and docket a completed SF-135 Form indicating the accession and location numbers of the archived claims.

6. Should KCC receive any mail regarding the Liquidating Debtors' cases after entry of this Order, KCC shall collect and forward such mail no less frequently than monthly to the Plan Administrator at the following address: Emerald Capital Advisors, Attn: John P. Madden, 150 East 52nd Street, 15th Floor, New York, New York, 10022.

7. The Clerk of this Court shall enter this Order individually on each of the dockets of the Chapter 11 Cases and each of the dockets shall be marked "Closed."

8. KCC is authorized to make any and all changes to the claims register to reflect the relief granted in this Order.

9. The Plan Administrator is authorized to take all actions necessary or appropriate to give effect to this Order.

10. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

11. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order. Moreover, the Court shall retain jurisdiction as provided for in the Combined Disclosure Statement and Plan and in the Confirmation Order and to reopen the Chapter 11 Cases to accord relief to the Liquidating Debtors, or for other causes, and to the extent necessary to enforce the provisions of the Combined Disclosure Statement and Plan, the Confirmation Order, or this Order.

Dated: October 6th, 2020
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE